# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**V.**  CIVIL ACTION NO. 2:06CR154-MPM-EMB

**CARL D. CRAFT, Et. Al.**

## ORDER

**BEFORE THE COURT** is the motion [doc. 142] of Defendant Carl D. Craft for "telephone assistance." The Court, having duly considered the motion and the record, is of the opinion that the motion should be stricken.

On January 22, 2007, Craft filed the instant letter motion under his own signature, seeking assistance from this Court because he is not satisfied with the requirements for use of the phone system at the Lafayette County Detention Center where he is currently housed. As an initial matter, this Court is generally not obliged to interfere with the administration of prisons. Furthermore, defendant is represented by appointed counsel herein. A defendant may appear *pro se* or by counsel, but has no right to appear partly by himself and partly by counsel. *United States v. Shea*, 508 F.2d 82 (5th Cir. 1975). Accordingly, the instant motion is hereby **STRICKEN** from the record.

**SO ORDERED** this 2nd day of March, 2007.

/s/ Eugene M. Bogen
**U. S. MAGISTRATE JUDGE**